**CARDENAS IMMIGRATION LAW LLC**
264 Union Boulevard, Suite 205 | Totowa, New Jersey 07512

September 18, 2026

**VIA ECF**
Honorable Edward S. Kiel, U.S.D.J.
United States District Court
District of New Jersey
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets
Camden, New Jersey 08101

# ORDER

**Re:** Caceres v. Soto, et al., No. 1:26-cv-11899

Dear Judge Kiel:

Petitioner Juan Lligui Caceres, by and through undersigned counsel, respectfully requests that the Court grant him until September 25, 2026, to file his reply in further support of the Petition for a Writ of Habeas Corpus.

Good cause exists for the requested extension. The additional time is necessary to permit undersigned counsel to complete a careful review of the record, address recent developments concerning Petitioner's pending motion to reopen and emergency stay request, and prepare a reply that fully addresses the relevant factual and legal issues.

This request is made in good faith and not for purposes of delay. The requested additional time is brief, will not prejudice any party, and will permit Petitioner to provide the Court with a complete and carefully prepared reply.

Accordingly, Petitioner respectfully requests that the Court grant him until September 25, 2026, to file his reply.

Respectfully submitted,

By: /s/ Veronica Cardenas
Veronica Cardenas, Esq.
Counsel for Petitioner

cc: All counsel of record via ECF

**So Ordered.**

***/s/ Edward S. Kiel***
**Edward S. Kiel, U.S.D.J.**
**Date: September 18, 2026**